# THE MARKS LAW FIRM, P.C.

April 5, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022

**Filed via ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom 443
New York, New York 10007

RE:  Graciela Doncouse v. Citipups NYC Corp. et al
     Index: 1:21-cv-10497-VEC

Dear Judge Caproni,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for April 15, 2022 at 2:30pm in-person appearance. On March 31, 2022, Plaintiff made a motion for a conference to set a discovery schedule which the Court set April 15, 2022. However, the initial conference is scheduled for the first night of the Jewish Holiday of Passover, which I am out of town, and Passover ends on April 23, 2022.

Therefore, Plaintiff requests that the initial conference be rescheduled to the week of April 25, 2022 (except April 27, 2022) or soon thereafter at this courts convenience. Defendant has consented to this request to adjourn. This is the first request of its kind.

We thank you and the Court for its time and consideration.

Application GRANTED.  The initial pretrial conference scheduled for April 15, 2022 is ADJOURNED to **April 29, 2022 at 11:30 a.m.** The parties' joint submission is due by **April 21, 2022**. The conference will take place in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Regards,

The Marks Law Firm, P.C.

By: _____
     Bradly G. Marks

SO ORDERED.

_Valerie Caproni_  4/5/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

155 E 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com