```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

GRACIELA DONCOUSE,

                        **Plaintiff,**                         21-CV-10497 (VEC)(SN)

      -against-                                                     <u>**ORDER**</u>

CITIPUPS NYC CORP., et al.,

                        **Defendants.**

```
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    The parties reached a settlement in principle at the settlement conference held on June 15, 2022. Discovery is STAYED pending further order of the Court. By June 24, 2022, the parties are directed to file a status letter on the outstanding issues.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     New York, New York
                June 16, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2022