```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRACIELA DONCOUSE,                                              :
                                                                :
                              Plaintiff,                        :
                                                                :
              -against-                                         :
                                                                :
CITIPUPS NYC CORP. and 8@18 LLC,                                :
                                                                :
                              Defendant.                        :
-------------------------------------------------------------- :
                                                                :
                                                                X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 6/27/2022 |

21-CV-10497 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 24, 2022, the parties notified the Court that they have executed a settlement agreement and requested that the "matter be closed with prejudice," Dkt. 36;

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

**SO ORDERED.**

Date:  **June 27, 2022**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**